IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES DENNIS REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-007 |
| | ) | |
| SGT. MARIE LAURENCE; CO. II | ) | |
| STRICKLAND; DR. SEWARD, Johnson | ) | |
| State Prison; DR. AVIBADE, Johnson | ) | |
| State Prison; NURSE HALL, Johnson State | ) | |
| Prison; CEO JENNIFER HAIRSINE, | ) | |
| Johnson State Prison; and AUGUSTA | ) | |
| STATE MEDICAL PRISON, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. Although he has filed no objections, Plaintiff has filed an affidavit alleging mistreatment of several fellow inmates, racial discrimination by certain prison guards, and lack of living necessities at Johnson State Prison ("JSP"). (See generally doc. no. 33.) Plaintiff only vaguely mentions this case or the Court's instructions to amend his complaint, stating "I am currently afraid to prosecute [CV-117-007] in fear of retaliation from JSP staff," and "this is not my official amended complaint." (Id. at 2-3.) Plaintiff asks the Court to investigate his allegations and refer him to a lawyer who can assist him with his case. (Id. at 3.)

Nothing in Plaintiff's affidavit undermines the reasons stated for dismissal in the Magistrate Judge's R&R, nor is it the Court's place to investigate Plaintiff's allegations or refer him to an attorney. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this action without prejudice, and **DIRECTS** the Clerk to **CLOSE** this civil action. Should Plaintiff wish to pursue claims against officials at JSP, he must file a new complaint and motion to proceed *in forma pauperis* in the Dublin Division of the Southern District of Georgia

SO ORDERED this 20th day of March, 2017, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA